against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.

WARDEN, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by Irene Warden, an infant, by William E. Warden, her guardian ad litem, against the city of New York and others. No opinion. Motion denied.

WARNER et al., Respondents, v. HEBBS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by John W. Warner and another against George W. Hebbs and another. No opinion. Order affirmed, with $10 costs and disbursements.

WATERFORD ELECTRIC LIGHT, HEAT & POWER CO. v. REED et al. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by Waterford Electric Light, Heat & Power Company against Kate E. Reed and others. No opinion. Motion denied.

WATERS, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Kate Waters against the Metropolitan Life Insurance Company. No opinion. Judgment unanimously affirmed, with costs.

WDOWIAK, Respondent, v. KOWALSKI et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by John Wdowiak against John P. Kowalski and another. No opinion. Judgment and order affirmed, with costs.

WEAVER, Respondent, v. FLANDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Edwin Weaver against DeEtta Flander. No opinion. Judgment and order affirmed, with costs.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Frank A. Weddigan and another against William F. Whiting. No opinion. Order affirmed, with $10 costs and disbursements.

WEISS v. CONSOLIDATED GAS CO. (Supreme Court, Appellate Division. First Department. January 24, 1908.) Action by Mary Weiss against the Consolidated Gas Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

WENDELL, Respondent, v. LEO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Margaret Wendell against Michael J Leo.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

WESTFIELD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by John Westfield against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law only. Held, that the plaintiff failed to establish freedom from contributory negligence.

WILLIAMS and ROBSON, JJ., vote for reversal, on the ground that the verdict of the jury that the plaintiff was free from contributory negligence was contrary to and against the weight of the evidence.

WETZEL et al., Respondents, v. HICKLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Joseph Wetzel and another against John Hickler. No opinion. Judgment affirmed, with costs.

WHEELER, Appellant, v. NORTHRUP et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Mary Wheeler against Jay Northrup and another. No opinion. Judgment affirmed, with costs.

WHITAKER, Appellant, v. KILBY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by James K. Whitaker against Allen E. Kilby and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. See 106 N. Y. Supp. 511, 1149.

WIGGINS v. BURR. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Marie S. Wiggins against George M. Burr. No opinion. Motion granted, with $10 costs. Order filed.

WILBUR, Respondent, v. MOGI et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Charles J. Wilbur against Kitaro Mogi and another. J. J. Schwartz, for appellants. M. Goodman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WILSON, Respondent, v. CENTRAL INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by James Wilson against the Central Insurance Company. D. Rumsey, for appellant. F. Walling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.